AO 451 (Rev. 01/09) Clerk's Certification of a Judgment to be Registered in Another District

FILED IN CLERK'S OFFICE

# UNITED STATES DISTRICT COURT
for the
Central District of California

JAN 2 8 2013

JAMES N. H~~, Clerk
By: _____
Deputy Clerk

ANGELA THOMPSON )
*Plaintiff* )
v. ) Civil Action No. SACV11-221 AG (MLGx)
HOLLAND, CHASE & ASSOCIATES et al. )
*Defendant* ) 1:13-MI 0012

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* 11-10-2011.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date: JAN 14 2013

CLERK OF COURT

A. Gonzales
*Signature of Clerk*

1225

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

SANTA ANA COURTHOUSE

| | |
|---|---|
| ANGELA THOMPSON,<br><br>    Plaintiff,<br><br>v.<br><br>HOLLANDER, CHASE & ASSOCIATES, LLC aka INVESTIGATIVE RECOVERY SERVICES, LLC; and DOES 1-10, Inclusive,<br><br>    Defendants. | No. SACV 11-221 AG (MLGx)<br><br>**JUDGMENT AFTER DEFAULT** |

    This action was set for trial for October 18, 2011. Prior to time for trial, Defendant Hollander, Chase & Associates, LLC aka Investigative Recovery Services, LLC (Defendant) failed to

JUDGMENT AFTER DEFAULT

1

1 | timely file an answer, and, as such, a default was entered against Defendant on September 7, 2011.

2

3 | **NOW, THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED** that after
4 | reviewing the evidence in this case, as well as the Application for Default Judgment and the declarations
5 | signed by Angela Thompson and Craig P. Fagan in support of the Application for Default Judgment,
6 | that Defendant willfully and intentionally violated the Federal Fair Debt Collection Practices Act
7 | (FDCPA), as alleged in the first cause of action of the first amended complaint, as well as intentionally
8 | and willfully violated California's Rosenthal Act judgment, as alleged in the second cause of action of
9 | the first amended complaint, and, as such, judgment is hereby entered in favor of Plaintiff Angela
10 | Thompson and against Defendant Hollander, Chase & Associates, LLC aka Investigative Recovery
11 | Services, LLC for damages in the amount of $ 2,000. for costs in the amount of $ 531.14 , and for
12 | attorney's fees in this action in the amount of $ 6,370.

13

14 | IT IS SO ORDERED..

15

16 | WITNESS, the Honorable Andrew J. Guilford , Judge of this court, and my hand and seal
17 | of this court.

18

19 | Dated: November 10, 2011
20 | _____
Andrew J. Guilford, Judge

JUDGMENT AFTER DEFAULT

2